UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
DERRICK U DENNIS, on behalf of himself and all others similarly situated,

        Plaintiffs,

v.

JET.COM, INC.,

        Defendant.

-------------------------------------------------x

Civil Action No. 1:19-cv-00682-LDH-JO

## NOTICE OF SETTLEMENT

Plaintiff Derrick U. Dennis ("Plaintiff"), by and through counsel, respectfully submits this Notice of Settlement to inform the Court as follows:

1.    A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation Dismissing Action with Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated: April 29, 2019.
Kew Gardens, New York

Respectfully submitted,

/s/ *Jonathan Shalom*

Jonathan Shalom
SHALOM LAW, PLLC
124-04 Metropolitan Avenue
Kew Gardens, NY  11415
Telephone:  718-971-9474
Facsimile:   718-865-0943
E-mail:  jshalom@jonathanshalomlaw.com

*Attorneys for Plaintiff*